MICHAEL C. BAXTER
Oregon State Bar ID Number 910203
michael@baxterlaw.com
**JUSTIN M. BAXTER**
Oregon State Bar ID Number 992178
justin@baxterlaw.com
**KIRSTEN N. BAXTER**
Oregon State Bar ID Number 103168
kirsten@baxterlaw.com
Baxter & Baxter LLP
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 297-9031
Facsimile (503) 291-9172
Attorneys for Plaintiff Klein

Honorable Anna J. Brown

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **SADIE KLEIN,** | Case No. 3:17-cv-00196-BR |
| Plaintiff, | |
| v. | STIPULATED ORDER DISMISSING DEFENDANT KEYBANK, N.A. WITH PREJUDICE |
| **KEYBANK, N.A.** a foreign legal entity, **TRANS UNION LLC**, a foreign corporation, **EXPERIAN INFORMATION SOLUTIONS, INC.**, a foreign corporation, and **EQUIFAX INFORMATION SERVICES, LLC**, a foreign corporation | |
| Defendants. | |

Pursuant to the stipulation of the parties, as evidenced by their signatures hereto,

Page 1 –STIPULATED ORDER DISMISSING DEFENDANT KEYBANK, N.A. WITH PREJUDICE

IT IS HEREBY ORDERED AND ADJUDGED that the claims asserted by plaintiff in this matter are dismissed with prejudice and this matter is dismissed without costs or attorney fees to any party.

DATED this 13 day of October, 2017.

*Marco Hernandez*

ANNA J. BROWN
United States Senior District Judge

IT IS SO STIPULATED

DATE: 10/12/2017          By:    /s/ Justin M. Baxter
                                 Justin M. Baxter
                                 Attorney for Plaintiff

DATE: 10/12/201           By:    /s/ Joel Parker
                                 Joel Parker
                                 Attorney for Defendant

Page 2 – STIPULATED ORDER DISMISSING DEFENDANT KEYBANK, N.A. WITH PREJUDICE